Timothy M. Ryan, Bar No. 178059
tryan@theryanfirm.com
Matthew H. Aguirre, Bar No. 270388
maguirre@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendants Seterus, Inc.; and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH A. BATES; HEATHER M. BATES, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNTRUST MORTGAGE, INC., a Virginia corporation; SETERUS, INC., a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is a Delaware corporation; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO, DOES 1 thought 50, inclusive, <br><br> Defendants. | CASE NO.:   2:13-cv-01402-TLN-DAD <br> Date Action Removed: 7/15/2013 <br><br> Hon. Troy L. Nunley <br><br> **ORDER TO CONTINUE HEARING ON DEFENDANTS SETERUS, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** <br><br> Date:         April 10, 2014 <br> Time:        2:00 p.m. <br> Ctrm:        2 <br><br> Trial Date:   None set. |

# ORDER

The Court, having reviewed the Stipulation between Plaintiffs Kenneth A. Bates and Heather M. Bates ("Plaintiffs"), and Defendants Seterus, Inc. and Mortgage Electronic Registration Systems, Inc. (together, the "Stipulating Defendants"), by and through their counsel of record, to continue the hearing on Stipulating Defendants' motion to dismiss the First Amended Complaint filed by Plaintiffs (the "Motion"), and good cause appearing therefore, orders as follows:

**IT IS HEREBY ORDERED** that the hearing on the Motion is hereby continued from April 10, 2014, at 2:00 p.m. in Courtroom 2 of the above-entitled court, to the first available date on the court's calendar on or after May 15, 2014.  The Motion will be heard on **May 22, 2014**, **at 2:00 p.m.** in Department 2 of the above-entitled court located at 501 I Street, Sacramento, California 95814.

**IT IS FURTHER ORDERED** that Plaintiffs' opposition to the Motion, if any, must be filed and served by no later than fourteen (14) days prior to the continued hearing date set forth above, and that Stipulating Defendants' reply in support of the Motion, if any, must be filed and served by no later than seven (7) days prior to the continued hearing date set forth above.

**IT IS SO ORDERED**.

Dated: April 2, 2014

_____
Troy L. Nunley
United States District Judge

**THE RYAN FIRM**
A Professional Corporation